UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

REGENA MARIE TAYLOR,

                          Plaintiff,        6:12-CV-1326
                                            (GTS/VEB)
v.

CAROLYN W. COLVIN, Acting Comm'r of
Soc. Sec., in place of Michael Astrue,

                          Defendant.
_____

APPEARANCES:                                OF COUNSEL:

LEGAL SERVICES OF CENTRAL                   CHRISTOPHER CADIN, ESQ.
NEW YORK – SYRACUSE
  Counsel for Plaintiff
472 South State Street, Suite 300
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION              KATRINA M. LEDERER, ESQ.
OFFICE OF REG'L GEN. COUNSEL                MARIA FRAGASSI SANTANGELO, ESQ.
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

HON. GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

        The above-captioned matter comes to this Court following a Report-Recommendation by

United States Magistrate Judge Victor E. Bianchini, filed on December 7, 2013, recommending

that (1) the Commissioner's motion for judgment on the pleadings be denied, (2) Plaintiff's

motion for judgment on the pleadings be granted, (3) the Commissioner's decision denying

Plaintiff disability benefits be vacated, and (4) the case be remanded to the Commissioner for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. No. 20.)  Objections

to the Report-Recommendation have not been filed, and the time in which to do so has expired.

After carefully reviewing all of the papers herein, including Magistrate Judge Bianchini's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise. As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's motion for judgment on the pleadings is denied; Plaintiff's motion for judgment on the pleadings is granted; the Commissioner's decision denying disability benefits is vacated; and the case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Bianchini's Report-Recommendation (Dkt. No. 20) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** the Commissioner's motion for judgment on the pleadings (Dkt. No. 17) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 15) is **GRANTED**; and it is further

**ORDERED** that the Commissioner's decision denying disability benefits is **VACATED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: February 24, 2014
     Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge